EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Rebecca Rodríguez Mercado | 2006 TSPR 76 167 DPR ____ |
|---|---|

Número del Caso: CP-2002-7

Fecha: 5 de mayo de 2006

Abogada de la Parte Peticionaria:

Por Derecho Propio

Oficina del Procurador General:

Lcda. Minnie H. Rodríguez López
Procuradora General Auxiliar

Materia: Readmisión a la profesión de abogada.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re.

Rebecca Rodríguez Mercado          CP-2002-7

RESOLUCION

San Juan, Puerto Rico, a 5 de mayo de 2006.

Visto el "Escrito en Cumplimiento de Orden" del 10 de abril de 2006, se readmite a la señora Rebecca Rodríguez Mercado a la profesión de abogado. Se le concede un término de treinta (30) días para informar el plan de pago para satisfacer la deuda.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo